DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL J. CARDONE,**
Appellant,

v.

**PATRICIA STARLING** and **STARLING CLEANING SERVICES TILE
DESIGNS & MORE LLC,**
Appellees.

No. 4D2025-1380

[March 11, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ori F. Silver, Judge; L.T. Case No. 502024SC013881.

Michael J. Cardone, North Palm Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed. See, inter alia, A.L. v. Dep't of Children & Families*, 958 So. 2d 606, 607 (Fla. 4th DCA 2007) ("In the absence of an adequate transcript on appeal, a judgment that is not fundamentally erroneous must be affirmed.") (cleaned up) (quotation omitted).

GROSS, CIKLIN and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***